161 A.3d 787

GREEN TREE SERVICING MORTGAGE CO., Respondent

v.

Gennaro RAUSO, Petitioner

No. 469 MAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal and Application for Substitution of Parties Pursuant to Pa.R.A.P. 502 are **DENIED.**